IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JASON BOWERS, SR.**  **PLAINTIFF**
ADC #156605

v.  Case No. 4:24-cv-00675-LPR

**LAFEYETT WOODS, SR.,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 30th day of October 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE